IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| JOSHUA HESFORD,<br><br>    Plaintiff,<br><br>v.<br><br>JEFFERSON CAPITAL SYSTEM.<br><br>    Defendant. | Case No. 18-cv-100<br><br>**NOTICE OF REMOVAL** |

Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, defendant, Jefferson Capital Systems, LLC incorrectly named Jefferson Capital System ("JCAP"), hereby removes the above captioned civil action from the Iowa District Court for Linn County, Case No. SCSC234996, to the United States District Court for the Northern District of Iowa. The removal of this civil action is proper because:

1. Plaintiff Joshua Hesford ("Plaintiff") filed his Original Notice and Petition for Money Judgment ("Petition") in the Iowa District Court in and for Linn County on August 13, 2018, against Defendant JCAP. In that Petition, Plaintiff alleges that JCAP violated the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. § 1681, *et seq*. A true and correct copy of the Petition is attached hereto as Exhibit A.

2. Defendant JCAP was served with the Original Notice and Petition on August 16, 2018. A true and correct copy of the Return of Service is attached hereto as Exhibit B.

3. Defendant JCAP filed its Appearance and Answer on September 5, 2018. A true and correct copy of the Appearance and Answer filed by JCAP in the Iowa District

1

Court for Linn County is attached hereto as Exhibit C.

4. The Iowa District Court issued its Order Setting Mediation and Pretrial Conference on September 5, 2018. A true and correct copy of the Petition is attached hereto as Exhibit D.

5. Defendant JCAP filed an additional Notice of Appearance for Elizabeth J. Carter on September 6, 2018. A true and correct copy of the Petition is attached hereto as Exhibit E.

6. There are no current motions pending and there have been no further proceedings in the Iowa District Court.

7. Upon information and belief, the foregoing documents and exhibits constitute all of the process, pleadings, and orders on file in the Iowa District Court proceeding.

8. This action has not been previously removed to federal court.

9. Pursuant to 28 U.S.C. § 1446(b), JCAP has timely removed this action because this Notice of Removal is filed within 30 days after the JCAP's receipt of service of the Petition, a pleading from which JCAP was first able to ascertain that the case is one which has become removable.

10. In the Iowa District Court Petition, Plaintiff alleges violations of the Fair Credit Reporting Act, 15 U.S.C. § 1681, *et seq*. *See* Petition. Accordingly, the Petition presents a federal question within the meaning of 28 U.S.C. § 1331, because it involves claims and/or issues arising in whole or in part under the Constitution, laws, or treaties of the United States. Therefore, this Court has original jurisdiction over the Petition filed in the Iowa District Court. Removal jurisdiction is therefore authorized under 28 U.S.C. § 1441.

11. In accordance with 28 U.S.C. § 1441, Defendant JCAP removes the Iowa

2

District Court proceeding to the United States District Court for the Northern District of Iowa, which is the District Court embracing the place where the Iowa District Court proceeding has been filed.

12. In accordance with 28 U.S.C. § 1446(a) and LR 81, copies of all process, pleadings, and orders filed in this action are attached hereto as Exhibits A-E, and by this reference incorporated herein.

13. In accordance with LR 81, the names of pro se parties, counsel and the law firms that have appeared in the state court proceeding are as follows:

Joshua Hesford – Pro Se
571 Country Hill Ln NE #1
Cedar Rapids, IA
Email: J.Hesford@icloud.com
*Pro Se Plaintiff*

Lance W. Lange
Elizabeth J. Carter
Faegre Baker Daniels LLP
801 Grand Avenue, 33rd Floor
Des Moines, Iowa 50309
Telephone: (515) 248-9000
Facsimile: (515) 248-9010
lance.lange@faegrebd.com
elizabeth.carter@faegrebd.com
*Attorneys for Defendant JCAP*

14. In accordance with 28 U.S.C. § 1446(d), a copy of this Notice of Removal is being filed with the Clerk of the Iowa District Court for Linn County and is being served on all parties.

WHEREFORE, Defendant gives notice that the above-entitled action is removed from the Iowa District Court in and for Linn County to the United States District Court for the Northern District of Iowa.

Dated: September 14, 2018

Respectfully Submitted,

/s/ Lance W. Lange
Lance W. Lange, AT0004562
*lance.lange@faegrebd.com*
Elizabeth J. Carter, AT0012802
*Elizabeth.carter@faegrebd.com*
801 Grand Avenue, 33rd Floor
Des Moines, IA 50309
Telephone: (515) 447-4725
Facsimile: (515) 248-9010

*Attorneys for Defendant*
*Jefferson Capital Systems, LLC*

4

## CERTIFICATE OF SERVICE

I hereby certify that on September 14, 2018, a copy of the foregoing was electronically filed with the Clerk of the Court, United States District Court for the Northern District of Iowa and served via overnight delivery upon the following:

Joshua Hesford – Pro Se
571 Country Hill Ln NE #1
Cedar Rapids, IA
Email: J.Hesford@icloud.com

/s/ Elizabeth Collins
Elizabeth Collins