# EXHIBIT A

Small Claims Form 3.1: *Original Notice and Petition for a Money Judgment*

In the Iowa District Court for _____Linn_____ County

Plaintiff(s)
Joshua Hesford
(Name)
571 Country Hill Ln NE #1, Cedar Rapids, IA
(Address)

(Name)

(Address)

vs.

Defendant(s)
JEFFERSON CAPITAL SYSTEM
(Name)
16 MCLELAND RD, ST CLOUD, MN 56303
(Address)

(Name)

(Address)

**Original Notice and Petition for a Money Judgment**

If you need assistance to participate in court due to a disability, call the disability coordinator (information at https://www.iowacourts.gov/for-the-public/ada/). Persons who are hearing or speech impaired may call Relay Iowa TTY (1-800-735-2942). **Disability coordinators cannot provide legal advice.**

To Defendant(s):

1. **You are notified** that Plaintiff(s) demand(s) from you the amount of $ 2000 _____ plus court costs based on (state briefly the basis for the demand, not to exceed $6500):

Violating FCRA. They did not inform me that they had an account in my name or that they would report negative information to my credit report. I did not have a chance to dispute before this was added to my credit report. They are falsely reporting that I owe them money when it is another agency.

2. **Judgment may be entered against you unless** you file an Appearance and Answer within **20 days** of the service of the Original Notice upon you. Judgment may include the amount requested plus interest and court costs.

3. You must electronically file the Appearance and Answer using the Iowa Judicial Branch Electronic Document Management System (EDMS) at https://www.iowacourts.state.ia.us/EFile, unless you obtain from the court an exemption from electronic filing requirements.

4. If your Appearance and Answer is filed within **20 days** and you deny the claim, you will receive electronic notification through EDMS of the place and time of the hearing on this matter.

5. If you electronically file, EDMS will serve a copy of the Appearance and Answer on Plaintiff(s) or on the attorney(s) for Plaintiff(s). The Notice of Electronic Filing will indicate if Plaintiff(s) is (are) exempt from electronic filing, and if you must mail a copy of your Appearance and Answer to Plaintiff(s).

6. You must also notify the clerk's office of any address change.

*Continued on next page*

Small Claims Form 3.1, page 1 of 3*
*Upon electronic filing, a clerk's signature page will be attached to this document as page 3.

Case 1:18-cv-00100-CJW-MAR   Document 1-1   Filed 09/14/18   Page 2 of 6

/s/ Joshua Hesford
Filing Plaintiff or Attorney

/s/ _____
Second Plaintiff, if applicable

Law firm, or entity for which filing is made, if applicable
571 Country Hill Ln NE, Cedar Rapids, IA
Mailing address
319-241-6339
Telephone number
J.Hesford@icloud.com
Email address

_____
Additional email address, if applicable

Law firm, or entity for which filing is made, if applicable

Mailing address

Telephone number

Email address

Additional email address, if applicable

Small Claims Form 3.1, page 2 of 3*
*Upon electronic filing, a clerk's signature page will be attached to this document as page 3.

# STATE OF IOWA JUDICIARY

Case No. SCSC234996
County Linn

Case Title  JOSHUA HESFORD VS JEFFERSON CAPITAL SYSTEMS

**THIS CASE HAS BEEN FILED IN A COUNTY THAT USES ELECTRONIC FILING.**
Therefore, unless the attached Petition and Original Notice contains a hearing date for your appearance, or unless you obtain an exemption from the court, you must file your Appearance and Answer electronically.

You must register through the Iowa Judicial Branch website at http://www.iowacourts.state.ia.us/Efile and obtain a log in and password for the purposes of filing and viewing documents on your case and of receiving service and notices from the court.

**FOR GENERAL RULES AND INFORMATION ON ELECTRONIC FILING, REFER TO THE IOWA COURT RULES CHAPTER 16 PERTAINING TO THE USE OF THE ELECTRONIC DOCUMENT MANAGEMENT SYSTEM:**
http://www.iowacourts.state.ia.us/Efile

**FOR COURT RULES ON PROTECTION OF PERSONAL PRIVACY IN COURT FILINGS, REFER TO DIVISION VI OF IOWA COURT RULES CHAPTER 16:** http://www.iowacourts.state.ia.us/Efile

Scheduled Hearing:

If you require the assistance of auxiliary aids or services to participate in court because of a disability, immediately call your district ADA coordinator at **(319) 398-3920** . (If you are hearing impaired, call Relay Iowa TTY at **1-800-735-2942**.)

Date Issued  08/14/2018 09:50:33 AM



District Clerk of Linn      County
/s/ Brittany Raymond

CLLINN COUNTY CLERK OF COURT
PO BOX 1488
CEDAR RAPIDS, IA 52406-1468



9214 8901 0661 5400 0127 4139 49

**RETURN RECEIPT (ELECTRONIC)**

SCSC234996

JEFFERSON CAPITAL SYSTEM
16 MCLELAND RD
SAINT CLOUD, MN 56303-2198

CUT / FOLD HERE

8"X9" ENVELOPE
CUT / FOLD HERE

CUT / FOLD HERE

IMpbCertified8x5Label v1.2.8.0

