IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| JOSHUA HESFORD,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>JEFFERSON CAPITAL SYSTEM,<br><br>　　　　Defendant. | No.  18-CV-100-CJW<br><br>**JUDGMENT** |

_____

**DECISION BY COURT.**  This action came before the Court and a decision has been rendered.

**IT IS HEREBY ORDERED AND ADJUDGED** pursuant to the Order filed on January 7, 2019 (docket number 9): Judgment is entered in favor of the Defendant, and against the Plaintiff.

**DATED** this 7th day of January 2019.

ROBERT L. PHELPS, CLERK
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA

*JH*
_____
By: Deputy Clerk